**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NEW YORK MARINE AND**
**GENERAL INSURANCE COMPANY,**

      **Plaintiff,**

                                    **Case No 2:25-cv-463**

      **v.**                            **Judge Edmund A. Sargus, Jr.**

                                      **Magistrate Judge S. Courter M. Shimeall**

**MX SPORTS, INC.,**

      **Defendant.**

## <u>ORDER</u>

This matter is before Court on the Stipulation of Dismissal filed by Plaintiff New York Marine and General Insurance Company. (ECF No. 47.) Plaintiff notifies the Court that the Parties have reached a settlement in the case. (*Id.*) Plaintiff also requests "an Order from the Court dismissing this case with prejudice as to the parties, provided that any of the parties, may upon good cause shown within sixty (60) days of entry, reopen the action if settlement is not consummated." (*Id.*) The Stipulation is signed by counsel for both parties. (*Id.*)

Accordingly, Plaintiff's Stipulation of Dismissal (ECF No. 47) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**. Within 60 days of this Order, either Party may reopen the action if the settlement is not consummated. Additionally, the pending motions on the docket (ECF Nos. 10, 39) are **DENIED as moot**. The Clerk is **DIRECTED** to enter judgment and terminate this case.

      **IT IS SO ORDERED.**

**4/7/2026**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**